HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS E. BAKER and VERNELL F. BAKER, husband and wife; and HARD ROCK TRUCKING, INC., a Washington state corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY, a political subdivision of the State of Washington; JEFFERSON COUNTY, a political subdivision of the State of Washington; JOHN PRENTISS, Clallam County Prosecutor; FRED DEFRANG, Former Clallam County Undersheriff; RON CAMRON, Sheriff of Clallam County; JUELIE DALZELL, Jefferson County Prosecutor,<br><br>Defendant. | Case No. C08-5147RBL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE THOMAS BACKE'S DESIGNATION AS EXPERT WITNESS |

THIS MATTER is before the Court on Defendants' Motion to Strike Plaintiffs' designation of Thomas Backe as an expert witness [Dkt. #33]. For the reasons set forth below, Defendants' motion is GRANTED.

On August 19, 2008, Plaintiffs identified Mr. Thomas Backe in their initial disclosures as an appraiser who would testify to the value of certain property at issue in this matter. Dec. of Mack, Ex. 1. This initial disclosure did not mention Plaintiffs' intent to use Mr. Backe as an expert witness. Plaintiffs did not submit any other information establishing Mr. Backe's qualifications as an expert as required

ORDER
Page - 1

under FRCP 26(a)(2) at that time.

The deadline for disclosure of expert testimony was set for March 18, 2009 [Dkt. #24]. On March 19, 2009 Defendants received a letter from Mr. Backe demanding that he be paid as an expert witness[1]. Dec. of Mack, Ex. 3. There was no accompanying written report as required under FRCP 26(a)(2)(B), nor was the disclosure made by Plaintiffs' counsel within the deadline established by the Court's order.

Five days after the disclosure deadline, on March 23, 2009, Plaintiffs' served expert witness disclosures on Defendants. Dec. of Mack, Ex. 6. Mr. Backe was the only witness identified in the tardy expert witness disclosure.

Defendants filed this motion on March 30, 2009, requesting that Mr. Backe be designated as an ordinary fact witness for purposes of his deposition[2]. Plaintiffs' response to that motion was due on April 13, 2009. Local Rule CR 7(d)(3). Plaintiffs failed to file a response or a request for an extension of time.

Because Plaintiffs' disclosure of Mr. Backe as an expert witness occurred after the disclosure deadline in violation of FRCP 26(a)(2)(B), and because Plaintiffs failed to timely respond to Defendants' motion, the motion to strike Mr. Backe's expert witness designation is hereby GRANTED.

IT IS SO ORDERED.

Dated this 24th day of April, 2009.

RONALD B. LEIGHTON
United States District Court Judge

---

[1] As an ordinary fact witness, Mr. Back would receive only $42.75. As an expert witness, Mr. Back was requesting a total of $400.00 (or $100.00 an hour). Dec. of Mack, Ex. 3.

[2] It is unclear whether Mr. Backe will be called as a witness at trial.

ORDER
Page - 2